David J.P. Kaloyanides SBN 160368
E: djpkaplc@me.com
DAVID J.P. KALOYANIDES
A PROFESSIONAL LAW CORPORATION
15338 Central Avenue
Chino, CA 91710
T: (213) 623-8120/F: (213) 402-6292

Andrew L. Seidel  (Pro Hac Vice Pending)
Madeline Ziegler (Pro Hac Vice Pending)
E: aseidel@ffrf.org/mziegler@ffrf.org
Freedom From Religion Foundation, Inc.
PO Box 750
Madison, WI 53701
T: (608) 256-8900

Attorney for Plaintiffs
Freedom From Religion Foundation, Inc.,
Antelope Valley Freethinkers, and
David Dionne

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| FREEDOM FROM RELIGION FOUNDATION, INC., ANTELOPE VALLEY FREETHINKERS, and DAVID DIONNE,<br><br>　　　　　　　Plaintiffs,<br>　　vs.<br><br>ANTELOPE VALLEY UNION HIGH SCHOOL DISTRICT, ANTELOPE VALLEY UNION SCHOOL DISTRICT BOARD OF TRUSTEE BOARD MEMBERS MICHAEL DUTTON, BARBARA WILLIBRAND, JILL McGRADY, DANA COLEMAN, and ROBERT DAVIS, in their official representative capacities,<br><br>　　　　　　　Defendants. | Case No.: 2:16-CV-02487<br><br>PLAINTIFFS' CORPORATE DISCLOSURE STATEMENT<br><br>FRCP 7.1 |

1
PLAINTIFFS' CORPORATE DISCLOSURE STATEMENT

1  Plaintiffs Freedom From Religion Foundation, Inc., Antelope Valley
2  Freethinkers, and David Dionne hereby submit the Corporate Disclosure Statement
3  pursuant to Federal Rule of Civil Procedure 7.1.

4  Plaintiff Freedom From Religion Foundation, Inc., is a Wisconsin non-stock
5  corporation. It has no parent corporation, and no other corporation holds any
6  ownership interest.

7  Plaintiff Antelope Valley Freethinkers is a California non-stock corporation. It
8  has no parent corporation, and no other corporation holds any ownership interest.

Respectfully submitted,

Dated: April 12, 2016

David J. Kaloyanides
David J.P. Kaloyanides, APLC

Andrew L. Seidel PHV Pending
Madeline Ziegler PHV Pending
Freedom From Religion Foundation, Inc.

Attorneys for Plaintiffs
Freedom From Religion Foundation, Inc.,
Antelope Valley Freethinkers, and
David Dionne