1  David J.P. Kaloyanides SBN 160368
   E: djpkaplc@me.com
2  DAVID J.P. KALOYANIDES
   A PROFESSIONAL LAW CORPORATION
3  15338 Central Avenue
   Chino, CA 91710
4  T: (213) 623-8120/F: (213) 402-6292

5  Andrew L. Seidel  (Pro Hac Vice Pending)
   Madeline Ziegler (Pro Hac Vice Pending)
6  E: aseidel@ffrf.org/mziegler@ffrf.org
   Freedom From Religion Foundation, Inc.
7  PO Box 750
   Madison, WI 53701
8  T: (608) 256-8900

9  Attorney for Plaintiffs
   Freedom From Religion Foundation, Inc.,
10 Antelope Valley Freethinkers, and
   David Dionne

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| FREEDOM FROM RELIGION FOUNDATION, INC., ANTELOPE VALLEY FREETHINKERS, and DAVID DIONNE, | ) ) ) ) ) | Case No.: 2:16-CV-02487 <br><br> NOTICE OF ERRATA |
|---|---|---|
| Plaintiffs, <br> vs. <br><br> ANTELOPE VALLEY UNION HIGH SCHOOL DISTRICT, etc., et al., <br><br> Defendants. | ) ) ) ) ) ) ) ) ) | |

Plaintiffs Freedom From Religion Foundation, Inc., Antelope Valley Freethinkers, and David Dionne hereby submit this Notice of Errata relating to the Application of Non-Resident Attorney to Appear in a Specific Case *Pro Hac Vice* for Madeline Ziegler.

---
1
PLAINTIFFS' NOTICE OF ERRATA

At the time the Application was filed, the fillable form did not save the information in the necessary fields. For this reason, it appears the form filed contains numerous blank fields.

Attached hereto is a corrected version of the Application.

Respectfully submitted,

Dated: April 12, 2016

David J. Kaloyanides
David J.P. Kaloyanides, APLC

Andrew L. Seidel PHV Pending
Madeline Ziegler PHV Pending
Freedom From Religion Foundation, Inc.

Attorneys for Plaintiffs
Freedom From Religion Foundation, Inc.,
Antelope Valley Freethinkers, and
David Dionne