UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Freedom From Religion Foundation, Inc. et al<br><br>PLAINTIFF(S)<br>v.<br>Antelope Valley Union High<br><br>DEFENDANT(S). | CASE NUMBER:<br>2:16-cv-02487-R-AFM<br><br>NOTICE TO FILER OF DEFICIENCIES IN ELECTRONICALLY FILED DOCUMENTS |

**PLEASE TAKE NOTICE:**

The following problem(s) have been found with your electronically filed document:

| 4/12/16 | 11 | Application to Appear Pro Hac Vice |
|---|---|---|
| Date Filed | Doc. No. | Title of Doc. |

**ERRORS WITH DOCUMENT**

☐ A Certificate of Good Standing is not attached to the pro hac vice application
☐ Caption of document is incomplete/incorrect
☐ Case is closed
☐ Case number is incorrect or missing
☐ Document linked incorrectly to the wrong document/docket entry
☐ Document submitted in the wrong case
☐ Hearing information is missing, incorrect, or not timely
☐ Incorrect document is attached to the docket entry
☐ Incorrect event selected.  Correct event to be used is _____
☐ Leave of court required for filing
☐ Proposed document was not submitted as separate attachment
☐ Title page is missing
☐ F.R.Civ.P 15 Amended pleading is untimely
☐ Local Rule 7.1-1 No Notice of Interested Parties and/or no copies
☐ Local Rule 7-19.1 Notice to other parties of ex parte application lacking
☐ Local Rule 11-6 Memorandum/brief exceeds 25 pages
☐ Local Rule 11-8 Memorandum/brief exceeding 10 pages shall contain table of contents
☐ Local Rule 19-1 Complaint/Petition includes more than 10 Does or fictitiously named parties
☐ Local Rule 56-1 Statement of uncontroverted facts and/or proposed judgment lacking
☐ Local Rule 56-2 Statement of genuine disputes of material fact lacking
☑ Other:
No signature on Application.  Local counsel failed to sign the application.  See LR 11-1.  See Instructions for Applicants (1) "note that electronic signatures are not accepted." (G-64).

Note: **In response to this notice, the Court may:  1) order an amended or corrected document to be filed; 2) order the document stricken; or 3) take other action as the Court deems appropriate.  You need not take any action in response to this notice unless and until the Court directs you to do so.**

Clerk, U.S. District Court

Dated: 4/13/16    By: Lupe_Thrasher@CACD.USCOURTS.GOV
                          Deputy Clerk

*cc: Assigned District Judge and/or Magistrate Judge*

Please refer to the Court's website at www.cacd.uscourts.gov for Local Rules, General Orders, and applicable forms.

G-112A  (10/13)    NOTICE TO FILER OF DEFICIENCIES IN ELECTRONICALLY FILED DOCUMENTS