# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| FREEDOM FROM RELIGION FOUNDATION, INC., et al.<br><br>PLAINTIFF(S)<br>v.<br>ANTELOPE VALLEY UNION HIGH SCHOOL DISTRICT, et. al.<br><br>DEFENDANT(S). | CASE NUMBER:<br><br>CV 16-02487 R (AFMx)<br><br>NOTICE TO FILER OF DEFICIENCIES IN ELECTRONICALLY FILED DOCUMENTS |

**PLEASE TAKE NOTICE:**

The following problem(s) have been found with your electronically filed document:

Date Filed: 5/13/2016  
Doc. No.: 14  
Title of Doc.: Stipulation to Extend Time to Respond to Complaint By Not More Than 30 Days

**ERRORS WITH DOCUMENT**

- ☐ A Certificate of Good Standing is not attached to the pro hac vice application
- ☐ Caption of document is incomplete/incorrect
- ☐ Case is closed
- ☐ Case number is incorrect or missing
- ☐ Document linked incorrectly to the wrong document/docket entry
- ☐ Document submitted in the wrong case
- ☐ Hearing information is missing, incorrect, or not timely
- ☐ Incorrect document is attached to the docket entry
- ☐ Incorrect event selected.  Correct event to be used is _____
- ☐ Leave of court required for filing
- ☐ Proposed document was not submitted as separate attachment
- ☐ Title page is missing
- ☐ F.R.Civ.P 15 Amended pleading is untimely
- ☐ Local Rule 7.1-1 No Notice of Interested Parties and/or no copies
- ☐ Local Rule 7-19.1 Notice to other parties of ex parte application lacking
- ☐ Local Rule 11-6 Memorandum/brief exceeds 25 pages
- ☐ Local Rule 11-8 Memorandum/brief exceeding 10 pages shall contain table of contents
- ☐ Local Rule 19-1 Complaint/Petition includes more than 10 Does or fictitiously named parties
- ☐ Local Rule 56-1 Statement of uncontroverted facts and/or proposed judgment lacking
- ☐ Local Rule 56-2 Statement of genuine disputes of material fact lacking
- ☑ Other:  
The signature of plaintiff's counsel is represented on the document with a "/s/." The filer does not indicate that the other signatory listed concurs in the filing's content and has authorized the filing, Local Rule 5-4.3.4(a)(2)(i).

**Note:** In response to this notice, the Court may:  1) order an amended or corrected document to be filed; 2) order the document stricken; or 3) take other action as the Court deems appropriate.  You need not take any action in response to this notice unless and until the Court directs you to do so.

Clerk, U.S. District Court

Dated: 5/17/2016

By: G. Kami    grace_kami@cacd.uscourts.gov  
Deputy Clerk

*cc: Assigned District Judge and/or Magistrate Judge*

Please refer to the Court's website at www.cacd.uscourts.gov for Local Rules, General Orders, and applicable forms.

G-112A  (10/13)    NOTICE TO FILER OF DEFICIENCIES IN ELECTRONICALLY FILED DOCUMENTS