Richard D. Oppenheim, Jr. (Bar No. 77647)
roppenheim@sylvesteroppenheim.com
SYLVESTER, OPPENHEIM & LINDE
15910 Ventura Boulevard, Suite 1508
Encino, CA 91436-3095
Telephone: (818) 461-8500
Facsimile:   (818) 461-8190

Attorneys for Defendants,
ANTELOPE VALLEY UNION HIGH SCHOOL DISTRICT,
a public entity, et al

UNITED STATES DISTRICT COURT

CENTRAL DIVISION OF CALIFORNIA

| | |
|---|---|
| FREEDOM FROM RELIGION FOUNDATION, INC., ANTELOPE VALLEY FREETHINKERS, and DAVID DIONNE,<br><br>Plaintiff,<br><br>vs.<br><br>ANTELOPE VALLEY UNION HIGH SCHOOL DISTRICT, ANTELOPE VALLEY UNION HIGH SCHOOL DISTRICT BOARD OF TRUSTEE BOARD MEMBERS MICHAEL DUTTON, BARBARA WILLIBRAND, JILL McGRADY, DANA COLEMAN, and ROVERT DAVIS, in their official representative capacities,<br><br>Defendants. | CASE NO: **2:16-CV-02487-R (AFMx)**<br><br>Honorable Manuel L. Real<br>United States District Judge<br><br>CORRECTED STIPULATION TO EXTEND TIME TO RESPOND TO COMPLAINT BY NOT MORE THAN 30 DAYS [L.R.8-3]<br><br>Complaint served: April 12, 2016<br>Current response date: May 10, 2016<br>New response date: June 9, 2016<br><br>MANDATORY CHAMBERS COPY |

    IT IS HEREBY STIPULATED AND AGREED between plaintiffs FREEDOM FROM RELIGION FOUNDATION, INC., ANTELOPE VALLEY FREETHINKERS, and DAVID DIONNE, through their attorney of record, David J. Kaloyanides (Bar No. CA 160368) of David J.P. Kaloyanides, A

1

Professional Law Corporation and defendants ANTELOPE VALLEY UNION HIGH SCHOOL DISTRICT, a public entity, ANTELOPE VALLEY UNION HIGH SCHOOL DISTRICT BOARD OF TRUSTEE BOARD MEMBERS MICHAEL DUTTON, BARBARA WILLIBRAND, JILL McGRADY, DANA COLEMAN, and ROVER DAVIS, through their attorney of record, Richard D. Oppenheim, Jr., (Bar No. CA 77647) of Sylvester, Oppenheim & Linde that, pursuant to L.R. 8-3, the time for defendants to file and serve their initial response to the Complaint shall be and is extended from May 10, 2016 to June 9, 2016. This extension of time does not exceed thirty days from the initial response date on the Complaint.

SO STIPULATED.

Date: May 17, 2016         DAVID J.P. KALOYANIDES, APLC

By *s/ David J.P. Kaloyanides (per email authorization)*
David J.P. Kaloyanides
Attorneys for Plaintiffs, FREEDOM FROM RELIGION FOUNDATION, INC., ANELOPE VALLEY FREETHINKERS, and DAVID DIONNE

Date: May 17, 2016         MADELINE ZIEGLER

By: *s/ Madeline Ziegler (per email authorization)*
Madeline Ziegler, Pro Hac Vice
FREEDOM FROM RELIGION FOUNDATION, INC.

Date: May 17, 2016         SYLVESTER, OPPENHEIM & LINDE

By *s/ Richard D. Oppenheim, Jr.*
Richard D. Oppenheim, Jr.
Attorneys for Defendants, ANTELOPE VALLEY UNION HIGH SCHOOL DISTRICT, a public entity, ANTELOPE VALLEY UNION HIGH SCHOOL DISTRICT BOARD OF TRUSTEE BOARD MEMBERS MICHAEL DUTTON, BARBARA WILLIBRAND, JILL McGRADY, DANA COLEMAN, and ROBERT DAVIS, in their official representative capacities

2

**CORRECTED STIPULATION TO EXTEND TIME TO RESPOND TO COMPLAINT BY NOT MORE THAN 30 DAYS [L.R. 8-3]**