David J.P. Kaloyanides SBN 160368
E: djpkaplc@me.com
DAVID J.P. KALOYANIDES
A PROFESSIONAL LAW CORPORATION
15338 Central Avenue
Chino, CA 91710
T: (213) 623-8120/F: (213) 402-6292

Andrew L. Seidel  (Pro Hac Vice Pending)
Madeline Ziegler (Pro Hac Vice Pending)
E: aseidel@ffrf.org/mziegler@ffrf.org
Freedom From Religion Foundation, Inc.
PO Box 750
Madison, WI 53701
T: (608) 256-8900

Attorney for Plaintiffs
Freedom From Religion Foundation, Inc.,
Antelope Valley Freethinkers, and
David Dionne

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| FREEDOM FROM RELIGION FOUNDATION, INC., et al., | ) Case No.: 2:16-CV-02487 R (AFMx) |
|---|---|
| Plaintiffs, | ) NOTICE OF SETTLEMENT |
| vs. | ) |
| ANTELOPE VALLEY UNION HIGH SCHOOL DISTRICT, etc., et al., | ) |
| Defendants. | ) |

TO THE ABOVE-ENTITLED COURT:

1
NOTICE OF SETTLEMENT

1     PLEASE TAKE NOTICE that the above-captioned matter has been settled in
2 its entirety in accordance with the terms set forth in the parties Stipulation for Entry of
3 Judgment, filed concurrently herewith.

Respectfully submitted,

Dated: June __7__, 2016      _____
David J. Kayoyanides
Attorney for Plaintiffs
FREEDOM FROM RELIGION
FOUNDATION, INC., ANTELOPE
VALLEY FREETHINKERS, INC., and
DAVID DIONNE

2
NOTICE OF SETTLEMENT