```
David J.P. Kaloyanides SBN 160368
E: djpkaplc@me.com
DAVID J.P. KALOYANIDES
A PROFESSIONAL LAW CORPORATION
15338 Central Avenue
Chino, CA 91710
T: (213) 623-8120/F: (213) 402-6292

Andrew L. Seidel  (Pro Hac Vice Pending)
Madeline Ziegler (Pro Hac Vice Pending)
E: aseidel@ffrf.org/mziegler@ffrf.org
Freedom From Religion Foundation, Inc.
PO Box 750
Madison, WI 53701
T: (608) 256-8900

Attorney for Plaintiffs
Freedom From Religion Foundation, Inc.,
Antelope Valley Freethinkers, and
David Dionne
```

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| FREEDOM FROM RELIGION FOUNDATION, INC., et al.,<br><br>            Plaintiffs,<br>vs.<br><br>ANTELOPE VALLEY UNION HIGH SCHOOL DISTRICT, etc., et al.,<br><br>            Defendants. | Case No.: 2:16-CV-02487 R (AFMx)<br><br>NOTICE OF LODGING OF PROPOSED JUDGMENT |

      Plaintiffs Freedom From Religion Foundation, Inc., Antelope Valley Freethinkers, and David Dionne, hereby Lodge the accompanying Proposed Judgment in connection with the parties' settlement and Stipulation for Entry of Judgment.

1
NOTICE OF LODGING OF PROPOSED JUDGMENT

1  The Proposed Judgment has been approved as to form and content by counsel
2  for each party.

3  Respectfully submitted,

6  Date: June 8, 2016   _____
   David J. Kaloyanides
   Attorney for Plaintiffs
   Freedom From Religion Foundation, Inc.
   Antelope Valley Freethinkers, and
   David Dionne

---
2
NOTICE OF LODGING OF PROPOSED JUDGMENT