David J.P. Kaloyanides SBN 160368
E: djpkaplc@me.com
DAVID J.P. KALOYANIDES
A PROFESSIONAL LAW CORPORATION
15338 Central Avenue
Chino, CA 91710
T: (213) 623-8120/F: (213) 402-6292

Andrew L. Seidel  (Pro Hac Vice Pending)
Madeline Ziegler (Pro Hac Vice Pending)
E: aseidel@ffrf.org/mziegler@ffrf.org
Freedom From Religion Foundation, Inc.
PO Box 750
Madison, WI 53701
T: (608) 256-8900

Attorney for Plaintiffs
Freedom From Religion Foundation, Inc.,
Antelope Valley Freethinkers, and
David Dionne

JS-6

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| FREEDOM FROM RELIGION FOUNDATION, INC., et al.,<br><br>    Plaintiffs,<br>vs.<br><br>ANTELOPE VALLEY UNION HIGH SCHOOL DISTRICT, etc., et al.,<br><br>    Defendants. | Case No.: 2:16-CV-02487 R (AFMx)<br><br>JUDGMENT |

TO ALL PARTIES AND THEIR COUNSEL OF RECORD:

Pursuant to the Court's Order on the Stipulation of the Parties for Entry of Judgment IT IS HEREBY ORDERED, ADJUDGED AND DECREED THAT:

1.    Defendants Antelope Valley Union High School District, Antelope Valley Union High School District Board of Trustee Board Members Michael Dutton,

1
JUDGMENT

Barbara Willibrand, Jill McGrady, Dana Coleman, and Robert Davis, in their official representative capacities are hereby ENJOINED from failing to distribute and make available to its students such materials that pertain to scholarship opportunities without regard to the viewpoint on the issue of religion or lack of religion including, but not limited to, materials critical of religion, even if defendants or any of defendants' employees or agents are of the opinion that such materials may offend religious sensibilities.

2. Defendants and each of them shall institute and comply with a policy consistent with well-established law that "the state has *no* legitimate interest in protecting any or all religions from views distasteful to them which is sufficient to justify prior restraints upon the expression of those views. *It is not the business of government in our nation to suppress real or imagined attacks upon a* particular *religious doctrine . . . .*" *Joseph Burstyn, Inc. v. Wilson*, 343 U.S. 495, 505 (1952) (emphasis added).

3. Notwithstanding any other provision in this Judgment, nothing herein shall obligate Defendants or any of them to distribute material that, in the guise of providing students with scholarship opportunities, (1) advocates or threatens violence towards any other person, entity, or governmental body; (2) advocates for or incites students to commit any unlawful act; (3) advocates or promotes underage or otherwise illegal use of controlled substances, including but not limited to alcohol, tobacco, or drugs; or (3) is not otherwise a legitimate scholarship opportunity promoting or sponsoring a monetary or other award for the purpose of facilitating or encouraging education for students.

4.    Plaintiffs Freedom From Religion Foundation, Inc., Antelope Valley Freethinkers, Inc., and David Dionne, or any of them, may seek to enforce the terms of the injunction by bringing a motion for civil contempt. No such motion may be brought pursuant to this Judgment unless Plaintiffs and any of them provide at least 15 days written notice prior to the filing of such motion to permit Defendants the opportunity to correct any violation of the injunction. If the Court holds Defendants, or any of them, in contempt for violating the terms of the injunction, that without regard to any sanction the Court may impose, Plaintiffs will be entitled to recover a reasonable attorney's fee for such motion.

5.    Defendants, and each of them, are ORDERED to notify all eleventh and twelfth grade high school students in the District of Plaintiffs Freedom From Religion Foundation, Inc., and the Antelope Valley Freethinkers' scholarship opportunities for the current academic year (2015-2016) in the most efficient and timely manner no later than June 13, 2016.

6.    Defendants, and each of them, are ORDERED to treat any future scholarship opportunities provided or promoted by Plaintiffs, or any of them, equally with and on the same terms as all other scholarship opportunities presented by other groups, entities, or individuals.

7.    Plaintiffs are adjudged by stipulation of the parties to have waived and released Defendants, and each of them, of all claims, causes of action, whether known or unknown, up to and including the date of the entry of Judgment in this action.

8.    It is ORDERED that other that as expressly stated herein, all remaining claims or causes of action raised in Plaintiff's Verified Complaint are hereby dismissed.

9. No later than July 1, 2016, Defendants are ORDERED to pay to Plaintiffs' counsel a total of $10,000 as a reasonable attorney's fee and costs incurred in bringing this action.

IT IS SO ORDERED.

DATED: June 13, 2016

UNITED STATES DISTRICT JUDGE

Approved as to form and content.

Dated: June 7, 2016   /s/

David J. Kaloyanides
Attorney for Plaintiffs
FREEDOM FROM RELIGION FOUNDATION, INC., ANTELOPE VALLEY FREETHINKERS, INC., and DAVID DIONNE

Approved as to form and content.

Dated: June 8, 2016   /s/

Richard D. Oppenheim, Jr.
Sylvester, Oppenheim & Linde
Attorneys for Defendants
ANTELOPE VALLEY UNION HIGH SCHOOL DISTRICT, ANTELOPE VALLEY UNION HIGH SCHOOL DISTRICT BOARD OF TRUSTEE BOARD MEMBERS MICHAEL DUTTON, BARBARA WILLIBRAND, JILL MCGRADY, DANA COLEMAN, AND ROBERT DAVIS, IN THEIR OFFICIAL REPRESENTATIVE CAPACITIES.